UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
United States of America,

                         Plaintiff,

    -against-

                                                  Case No. 7:19-mj-9043

Patrick J. Burke

                         Defendant.
———————————————————————— x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                  SO ORDERED.

                                                 Hon. Martin R. Goldberg
                                                 United States Magistrate Judge

Dated: 26th day of August 2022
         Poughkeepsie, New York